FILED

MAY 08 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. |
| Plaintiff, | **18MJ2271** |
| v. | COMPLAINT FOR VIOLATION OF: |
| Alberto ALONSO-Hernandez | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about, **May 8, 2018**, within the Southern District of California, defendant, **Alberto ALONSO-Hernandez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Sergio A. Fuentes, Deportation Officer,
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th** DAY OF **May 2018.**

BERNARD G. SKOMAL
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On April 27, 2018, the San Diego Fugitive Operations Unit received information from an anonymous source stating that **Alberto ALONSO-Hernandez**, a citizen and national of Mexico, had returned to the United States, after having been removed to Mexico. On **May 8, 2018**, Deportation Officers assigned to the San Diego Fugitive Operations Unit conducted surveillance at the location where the defendant was suspected of residing which is based on the information provided by the anonymous source. At approximately 6:35 a.m., a male individual resembling the defendant's physical and facial characteristics was observed exiting the residence through the front door. A comparison of the Fugitive Operations Unit Field Office Worksheet photograph matched the individual who exited the residence. A Deportation Officer approached the residence where the defendant was preparing to depart in a vehicle. The defendant noticed the Deportation Officer approaching, exited his vehicle, and quickly walked back into the residence. All Deportation Officers present were wearing "POLICE/ICE" insignia on their vests and gear, and verbally identified themselves as "POLICE/ICE" to the defendant. At this point, the defendant refused to exit the residence.

A thorough review of official immigration computer database record checks revealed the defendant was ordered removed from the United States by an Immigration Judge on or about April 25, 2008, and was physically removed to Mexico on the same date via the San Ysidro, California, Port of Entry. Information further revealed the defendant was most recently removed from the United States to Mexico on or about **February 2, 2015**, via the San Luis, Arizona, Port of Entry.

Photographs obtained from the Automated Biometric Fingerprint Identification System "IDENT" were compared to the photograph from the California Department of Vehicles which appeared to match that of the defendant. Records checks confirm the defendant to be Alberto ALONSO-Hernandez, a citizen of Mexico and a previously removed alien. Record checks further indicate the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.