1  ADAM L. BRAVERMAN
   United States Attorney
2  ALICIA P. WILLIAMS
   Assistant United States Attorney
3  California Bar No. 262823
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-8917

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

7

8                 UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,     | Case No.: 18MJ2271
11 |         Plaintiff,            |
12 |     v.                        | NOTICE OF APPEARANCE
13 | ALBERTO ALONSO-HERNANDEZ,     |
14 |         Defendant.            |

15

16     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

17     I, the undersigned attorney, enter my appearance as lead counsel

18 for the United States in the above-captioned case.  I certify that I

19 am admitted to practice in this court or authorized to practice under

20 CivLR 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice

22 in this court or authorized to practice under CivLR 83.3.c.3-4) are

23 also associated with this case, should be listed as lead counsel for

24 CM/ECF purposes, and should receive all Notices of Electronic Filings

25 relating to activity in this case:

26         <u>Name</u>

27         None.

28 //

APW:da:5/10/2018

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: May 10, 2018.

                Respectfully submitted,

                ADAM L. BRAVERMAN
                United States Attorney

                *s/Alicia P. Williams*
                ALICIA P. WILLIAMS
                Assistant United States Attorney
                Attorney for Plaintiff
                United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ALBERTO ALONSO-HERNANDEZ,<br><br>       Defendant. | Case No.: 18MJ2271<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Alicia P. Williams, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

To: William J. Baker, Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2018.

                                    ADAM L. BRAVERMAN
                                    United States Attorney

                                    *s/Alicia P. Williams*
                                    Alicia P. Williams
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
                                    United States of America